JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DAGUCON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. CV14-00062 RGK (JEMx)<br><br>**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 3, 2014 |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action, Case No. CV14-00062-RGK (JEMx), is dismissed in its entirety as to all defendants with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: April 25, 2014

*(signature: Gary Klausner)*

The Honorable R. Gary Klausner
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1

Case No. CV14-00062 RGK (JEMx)
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE